B6F (Official Form 6F) (12/07)

In re    Travis Cole McWilliams                                    Case No.  10-35040
                                                                            (if known)

*AMENDED 9/30/2010*

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxGTRA<br>A & I Fasteners & supply Co., Inc.<br>922 Houston Blvd.<br>South Houston, TX 77587 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $3,697.13 |
| ACCT #:<br>A1 Wheel Incorporated<br>24516 Stuebner Airline<br>Tomball, TX 77375 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $199,536.55 |
| ACCT #:  xxxxx xxxxx0100<br>Acetylene Oxygen Co.<br>2420 E. Tyler St.<br>Harlingen, TX 78550 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $2,225.81 |
| ACCT #:  x0755<br>Acetylene Oxygen Company<br>11446 Hempstead<br>Houston, TX 77092 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $2,848.12 |
| ACCT #:<br>ADP - Collections<br>Transworld Systems<br>9009 Corporate Lakes Drive<br>Suite 300<br>Tampa, FL  33634 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $9,006.74 |
| ACCT #:  xx2897<br>Alcoa Corporate Center<br>c/o A.G. Adjustments, Ltd.<br>P.O. Box 9090<br>Melville, NY 11747-9090 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $170,663.65 |
| | | | | | | Subtotal > | $387,978.00 |
| | | | | | | Total > | |

_____21_____  continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Travis Cole McWilliams

Case No.   10-35040
(if known)

*AMENDED 9/30/2010*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Representing:<br>Alcoa Corporate Center | | | A.G. Adjustments<br>P.O. Box 98090<br>Melville, NY 11747-9090 | | | | Notice Only |
| ACCT #:  xxxxxxxxx1301<br>American Coradius International LLC<br>P.O. Box 505<br>Linden, MI 48451-0505 | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $13,775.48 |
| ACCT #:<br>Amex (Delta)<br>American Express<br>PO Box 650448<br>Dallas, TX  75265 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $8,419.16 |
| ACCT #:<br>AMT Power<br>PO Box 70188<br>Madison Heights, MI  48071 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $1,752.00 |
| ACCT #:  x0755<br>AOC<br>Acetylene Oxygen Company<br>11446 Hempstead<br>Houston, TX 77092-7198 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $2,225.81 |
| ACCT #:  xxx xxx-xxxx 521 9<br>AT&T<br>P.O. Box 5001<br>Carol Stream, IL 60197-5001 | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $1,018.23 |

Sheet no.   1      of21            continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $27,190.68

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Travis Cole McWilliams                                    Case No.   10-35040
                                                                            (if known)

## AMENDED 9/30/2010
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  1797<br>B & C Constructors, L.P.<br>27835 FM 2978 Rd.<br>Magnolia, TX 77354 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $270.63 |
| ACCT #:  xx4851<br>Baytree Leasing Company LLC<br>Accounts Receivable<br>P.O. Box 94125<br>Palatine, IL 60094-4125 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $3,462.93 |
| ACCT #:  xxxxxxxx xxxxxxxs, Inc.<br>C2C Resources, LLC<br>Re: Fabricating Equipment Co., Inc.<br>56 Perineter Center East<br>Atlanta, GA 30346 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $8,268.35 |
| ACCT #:<br>Capital One (Visa)<br>PO Box 30285<br>Salt Lake City, UT  84130-0285 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $8,083.32 |
| ACCT #:  xxxxx8328<br>Central Freight Lines, Inc.<br>5601 W. Waco Dr.<br>Waco, TX 76710 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $114.17 |
| ACCT #:  xxxxxxxxxx1301<br>Chase Auto Finance<br>National Recovery Group<br>P.O. Box 39505<br>Phoenix, AZ 85038-9505 | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - JP Morgan Chase Bank, NA**<br>REMARKS: | | | | $14,178.23 |

Sheet no. ___2___ of 21 _____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $34,377.63

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Travis Cole McWilliams**                                    Case No.   **10-35040**
                                                                                 (if known)

*AMENDED 9/30/2010*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx5307<br>**Citibank, N.A.**<br>**Citibank Texas Processing Center**<br>**P.O. Box 9241**<br>**Uniondale, NY 11555-9241** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $18,894.92 |
| ACCT #:  xxxxxx2-205<br>**Commercial Recovery Systems, Inc.**<br>**8034 E. Rl. L. Thornton, Ste 200**<br>**P.O. Box 570909**<br>**Dallas, TX 75357-0909** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Deficiency on returned collateral**<br>REMARKS: | | | | $11,734.44 |
| **Representing:**<br>**Commercial Recovery Systems, Inc.** | | | SRA Associates, Inc.<br>401 Minnetonka Rd.<br>Hi Nella, NJ 08083 | | | | Notice Only |
| ACCT #:  xxxxxxxxxxxxxxxxxx0106<br>**Constellation NewEnergy**<br>**1221 Lamar, Ste 750**<br>**Houston, TX 77010** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $1,428.02 |
| ACCT #:  xx-xxxx-x1478<br>**Credit Collection Services**<br>**Two Wells Ave., Dept. 9135**<br>**Newton, MA 02459** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Allstate Texas Lloyds Compan**<br>REMARKS: | | | | $394.50 |
| ACCT #:<br>**Cypress Fairbanks ISD**<br>**PO Box 203908**<br>**Houston, TX  77216-3908** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $2,125.39 |

Sheet no. __3__ of21 _____ continuation sheets attached to                    Subtotal >    $34,577.27
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                   Total >
                               (Use only on last page of the completed Schedule F.)
                               (Report also on Summary of Schedules and, if applicable, on the
                               Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re     Travis Cole McWilliams

Case No.   10-35040
(if known)

*AMENDED 9/30/2010*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xx2020<br>Cypress-290 Welding Supply, Inc.<br>P.O. Box 1233<br>Cypress, TX 77410-1233 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $36.00 |
| ACCT #:<br>Dale Roberson<br>1111 Cliff Swallow<br>Granbury, TX  76048 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $325,000.00 |
| ACCT #:  xxxxxxx8726<br>De Lage Landen Financial Services<br>Ref No. 000000000518379<br>P.O. Box 41601<br>Philadelphia, PA 19101-1601 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $30,000.00 |
| ACCT #:  xxxxxxx0650<br>De Lage Landen Financial Services<br>Ref No. 000000000518377<br>P.O. Box 41601<br>Philadelphia, PA 19101-1601 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $13,000.00 |
| ACCT #:  xxxxxxx2631<br>De Lage Landen Financial Services<br>Ref No. 000000000516953<br>P.O. Box 41601<br>Philadelphia, PA 19101-1601 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $13,000.00 |
| ACCT #:  xxx4552<br>Denovus Corporation, Ltd.<br>P.O. Box 793<br>Washington, PA 15301-0793 | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS:<br>AT&T Wireless Acct. No. -<br>003300000006457626 | | | | $2,135.27 |

Sheet no. ___4___ of 21 _____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $383,171.27

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Travis Cole McWilliams                                    Case No.   10-35040
                                                                             (if known)

*AMENDED 9/30/2010*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Representing: Denovus Corporation, Ltd. | | | CBCS P.O. Box 163250 Columbus, OH 43216-3250 | | | | Notice Only |
| ACCT #: Denton Tool and Fastener 700 N. Locus St. Denton, TX  76201 | | - | DATE INCURRED: CONSIDERATION: **Business debt** REMARKS: | | | | $1,055.63 |
| ACCT #: Dragers Industries, Inc. 4206 Rice Drye Pearland, TX 77581 | | - | DATE INCURRED: CONSIDERATION: **Business debt** REMARKS: | | | | Unknown |
| ACCT #: Eaglerock Trailers, Inc. 41499 Cyrus Road Waller, TX  77484 | | H | DATE INCURRED: CONSIDERATION: **Loan** REMARKS: | | | | Unknown |
| ACCT #: Fastenal 6618-A Petropark Dr. Houston, TX 77041 | | - | DATE INCURRED: CONSIDERATION: **Business debt** REMARKS: | | | | $163.80 |
| ACCT #:  xxxxxx2005 FedEx Freight P.O. Box 406708 Atlanta, GA 30384-6708 | | - | DATE INCURRED: CONSIDERATION: **Business debt** REMARKS: | | | | $134.29 |

Sheet no. __5__ of __21__ continuation sheets attached to                    Subtotal >        $1,353.72
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                             Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Travis Cole McWilliams                              Case No.   10-35040
                                                                          (if known)

AMENDED 9/30/2010
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xx2521<br>Fort Worth Bolt and Tool Co.<br>2822 Bledsoe St.<br>Fort Worth, TX 76107 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $1,919.84 |
| ACCT #:<br>Ft. Worth Welders Supply<br>501 Riverside Dr.<br>Fort Worth, TX 76111 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $6,159.90 |
| ACCT #:<br>Gable & Cotwalls<br>100 W. 5th St. #1100<br>Tulsa, OK 74103 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $11,999.84 |
| ACCT #:<br>GCR Tire Centers<br>299 Gellhorn<br>Houston, TX 77013 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $6,295.43 |
| ACCT #:  x3891<br>GCS Technologies, Inc.<br>8626 North Mopac Expy., Ste 110<br>Austin, TX 78759 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $243.56 |
| ACCT #:  xxxxxxx-xxxxx x. xxxxxxxxx xxxxler:<br>Gerald P. Green<br>Pierce Couch Hendrickson Baysinger<br>P.O. Box 26350<br>Oklahoma City, OK 73126-0350 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $12,991.50 |

Sheet no. __6__ of __21__ continuation sheets attached to                    Subtotal >     | $39,610.07 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Travis Cole McWilliams**

Case No.   **10-35040**

(if known)

*AMENDED 9/30/2010*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx095-3<br>**Gexa Energy**<br>20 Greenway Plaza, Ste 600<br>Houston, TX 77046 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $1,632.20 |
| ACCT #:<br>**GHX, Inc.**<br>4360 Gessner<br>Houston, TX 77041 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $5,945.00 |
| ACCT #:<br>**Grace Technologies**<br>16613 W. Hardy<br>Houston, TX 77060 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $2,300.00 |
| ACCT #:  xx5120<br>**Great Dane Trailers**<br>P.O. Box 67<br>Savannah, GA 31402 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $239,485.31 |
| ACCT #:<br>**Hamilton & Pyle CPA**<br>8303 N. Mopac Expwy<br>Suite A-120<br>Austin, TX  78759 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $1,000.00 |
| ACCT #:  xxxxxxxxx xxxxlers<br>**Harris Co. Fresh Water Supply**<br>  District No. 61<br>c/o Smith, Murdaugh, Little & Bonham LLP<br>1100 Louisiana, Ste 400<br>Houston, TX 77002-5211 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $297.67 |

Sheet no. __7__ of __21__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $250,660.18

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re      Travis Cole McWilliams                                    Case No.   10-35040
                                                                                      (if known)

*AMENDED 9/30/2010*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx & xx6162<br>Hendrickson Trailer Suspension<br>2070 Industrial Place S.E.<br>Canton, OH 44707 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $625.42 |
| ACCT #:<br>Hensley Industries, Inc.<br>2108 Joe Field Rd.<br>Dallas, TX 75229 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $1,482.79 |
| ACCT #:<br>HSBC Bank Nevada, N.A.<br>c/o Christopher P. Carnohan<br>P.O. Box 3018<br>Abilene, TX 79604-3018 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $3,832.56 |
| ACCT #:<br>HYCO<br>36899 Treasury Center<br>Chicago, IL  60694 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $30,464.62 |
| Representing:<br>HYCO | | | Walter F. McArdle<br>Spain & Gillon, LLC<br>2117 Second Ave. North<br>Birmingham, AL  35203 | | | | Notice Only |
| ACCT #:<br>HYVA<br>c/o Jon D. Totz<br>109 N. Post Oak LN  #300<br>Houston, TX  77257-0548 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $50,995.00 |

Sheet no. __8__ of 21 _____ continuation sheets attached to                Subtotal >        $87,400.39
Schedule of Creditors Holding Unsecured Nonpriority Claims
                                                                                                    Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Travis Cole McWilliams**                                Case No.   **10-35040**
                                                                              (if known)

*AMENDED 9/30/2010*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Innovative Tooling**<br>4392 Gessner Dr.<br>Houston, TX 77041 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $2,500.00 |
| ACCT #:  **xxxx0000**<br>**Intech Funding Corp.**<br>995 Dalton Ave<br>Cincinnati, OH 45203 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $19,000.00 |
| ACCT #:  **xxxx0000**<br>**Intech Funding Corp.**<br>995 Dalton Ave<br>Cincinnati, OH 45203 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $12,000.00 |
| ACCT #:  **xxxx1000**<br>**Intech Funding Corp.**<br>995 Dalton Ave<br>Cincinnati, OH 45203 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $8,000.00 |
| ACCT #:  **xxx-xxxxxx8-001**<br>**Intech Funding Corp.**<br>P.O. Box 750<br>Albany, MN 56307 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $13,880.31 |
| ACCT #:<br>**Internal Revenue Service**<br>P.O. Box 21126<br>Philadelphia, PA 19114 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | Notice Only |

Sheet no. ___9___ of_21___ continuation sheets attached to                 **Subtotal >**     $55,380.31
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                            Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re     Travis Cole McWilliams                                    Case No.   10-35040
                                                                              (if known)

AMENDED 9/30/2010
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>J & L Manufacturing<br>P.O. Box 424<br>Brownsbrough, TX 75756 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $1,314.12 |
| ACCT #:<br>Jim Hawk Truck Trailers of Kansas City<br>7500 N. E. Gardner Ave.<br>Kansas City, MO 64120 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $1,171.64 |
| ACCT #:  xx9417<br>Koneta, Inc.<br>P.O. Box 150<br>Wapakoneta, OH 45895 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $190.20 |
| ACCT #:  xx-xxxxxxx-xABLB<br>Law Offices of Palmer, Reifler & Assoc.<br>P.O. Box 607774<br>Orlando, FL 32860-7774 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $536.17 |
| ACCT #:  xxx8947<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS:<br>2004 Vehicle taxes | | | | $922.15 |
| ACCT #:  xxxxxxxx #xxxxxxxx2044<br>Linebarger Goggan Blair & Sampson, LLP<br>900 Arion Pkwy., Ste 104<br>San Antonio, TX 78216 | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Traffic citation - Harris County**<br>REMARKS: | | | | $163.00 |

Sheet no.   10        of 21            continuation sheets attached to                    Subtotal >          $4,297.28
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re    Travis Cole McWilliams

Case No.    10-35040
(if known)

AMENDED 9/30/2010
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxx1225<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 3064<br>Houston, TX 77254-3064 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS:<br>2007-08 Vehicle taxes | | | | $2,099.07 |
| ACCT #:  xxxx1919<br>Main Steel Polishing Company, Inc.<br>2810 East Randol Mill Rd.<br>Arlington, TX 76011 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $5,928.32 |
| ACCT #:  xx8503<br>Maxxima<br>Panor Cocporation<br>125 Cabot Court<br>Hauppage, NY 11788 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $1,495.45 |
| ACCT #:<br>Merritor<br>212 West St. Charles Rd<br>Villa Park, IL  60181 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $5,271.00 |
| ACCT #:  xx7498<br>Metal Sawing Technology<br>P.O. Box 7929<br>Houston, TX 77270 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $271.33 |
| ACCT #:<br>N. Kay Bridger-Riley<br>3515 East 74th Street<br>Tulsa, OK  74136 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Services**<br>REMARKS: | | | | $40,000.00 |

Sheet no.   11      of 21      continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $55,065.17

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re    **Travis Cole McWilliams**

Case No.    **10-35040**
(if known)

*AMENDED 9/30/2010*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Nappco Fasteners**<br>11260 Hempstead Hwy.<br>Houston, TX 77092 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $916.72 |
| ACCT #:  x1725<br>**National Alloy & Equipment, Inc.**<br>11425 W. Little York Rd.,<br>Houston, TX 77041 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $6,298.21 |
| ACCT #:  xx9323<br>**NCO Financial Systems, Inc.**<br>Ref. Dual Dynamic<br>507 Prodential Rd.<br>Horsham, PA 19044 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $291.96 |
| ACCT #:  8654<br>**Nexus Disposal, LLC**<br>P.O. Box 41188<br>Houston, TX 77241 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $1,062.50 |
| ACCT #:<br>**Non Ferrous Extrusion**<br>8410 Hempstead Rd.<br>Houston, TX 77008 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $56,305.32 |
| ACCT #:  xxx6498<br>**North Cypress Medical Center**<br>Attn: Wanda Cain<br>21214 Northwest Fwy.<br>Cypress, TX 77429 | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $733.00 |

Sheet no. __12__ of __21__ _____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $65,607.71

Total > |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Travis Cole McWilliams                                      Case No.    10-35040
                                                                                (if known)

*AMENDED 9/30/2010*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx0723 <br> Ozarka <br> P.O. Box 856680 <br> Louisville, KY 40285-6680 | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Business debt** <br> REMARKS: | | | | $178.07 |
| ACCT #:  xxxxxxxx0000 <br> Paul Bettencourt <br> Tax Assessor Collector <br> P.O. Box 4576 <br> Houston, TX 77210-4576 | | - | DATE INCURRED: **2004-2007** <br> CONSIDERATION: <br> **Business debt** <br> REMARKS: <br> 2004 - $.35; 2005 - $4.49; 2006 - $577.12; <br> 2007 - $510.58 | | | | $1,092.54 |
| ACCT #:  xx0495 <br> Pierce Couch Hendrickson <br>  Baysinger & Green <br> P.O. Box 26350 <br> Oklahoma City, OK 73126 | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Business debt** <br> REMARKS: | | | | $10,704.50 |
| ACCT #:  xRT01 <br> Premier Lights, LLC <br> 2751 E. Del Amo Blvd. <br> Carson, CA 90746 | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Business debt** <br> REMARKS: | | | | $8,307.20 |
| ACCT #: <br> Printworks of Texas, LLC <br> 314 Main St. <br> Marble Falls, TX 78654 | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Business debt** <br> REMARKS: | | | | $1,754.85 |
| ACCT #: <br> Prosperity Bank <br> P.O. Box 54349 <br> Los Angeles, CA 90054-0349 | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Business debt** <br> REMARKS: | | | | $39,000.00 |

Sheet no.   13        of 21            continuation sheets attached to                 Subtotal >    $61,037.16
Schedule of Creditors Holding Unsecured Nonpriority Claims
                                                                                      Total >
                                            (Use only on last page of the completed Schedule F.)
                                            (Report also on Summary of Schedules and, if applicable, on the
                                            Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Travis Cole McWilliams                        Case No.    10-35040
                                                                  (if known)

AMENDED 9/30/2010
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xx2904<br>Rausch, Sturm, Israel, Enerson & Hornik<br>P.O. Box 3018<br>Abilene, TX 79604-3018 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $4,609.51 |
| ACCT #:  xxxxxxxx xxxxx1401<br>RJM Acquisitions LLC<br>575 Underhill Blvd., Ste 224<br>Syosset, NY 11791-3416 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $293.89 |
| ACCT #:<br>Roadwork<br>PO Box 91<br>Callender, IA   50523 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $485.00 |
| ACCT #:  2346<br>Rochling Engineered Plastics<br>P.O. Box 2729<br>Gastonia, NC 28053-2729 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $24,749.30 |
| ACCT #:  xxxxxx xx x. xxxxxx xxxxxston<br>Ross E. Cardas<br>Sampson, Cardas and Kimes<br>P.O. Box 168<br>Mercer, PA 16137 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $98,752.74 |
| ACCT #:<br>Sable Land Group LLC<br>2616 Stone Mountain Court<br>Plano, TX   75025 | | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $91,000.00 |

Sheet no. __14__ of __21__ continuation sheets attached to              Subtotal >     $219,890.44
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                        Total >
                                    (Use only on last page of the completed Schedule F.)
                              (Report also on Summary of Schedules and, if applicable, on the
                                  Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Travis Cole McWilliams                                    Case No.  10-35040
                                                                              (if known)

*AMENDED 9/30/2010*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxx7440<br>**Samuel, Son & Co., Inc.**<br>P.O. Box 641427<br>Pittsburgh, PA 15264-1427 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $10,957.18 |
| **Representing:**<br>**Samuel, Son & Co., Inc.** | | | The Anderson Group<br>3409 N. Hullen St., Ste 200<br>Metairie, LA  70002 | | | | **Notice Only** |
| ACCT #:  xxxxx xxxx xxxxlers<br>**Saylor Safe & Lock, Inc.**<br>11035 Cypress-N. Houston<br>Houston, TX 77065 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $306.31 |
| ACCT #:<br>**Schill Steel Services**<br>3001 West 11th St.<br>Houston, TX 77008 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $21,569.00 |
| ACCT #:  xx7500<br>**Sealco**<br>215 East Watkins St.<br>Phoenix, AZ 85004 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $5,976.90 |
| ACCT #:  xxGROC<br>**Shur-Co**<br>P.O. Box 713<br>Yankton, SD 57078 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $2,017.82 |

Sheet no.  15      of 21      continuation sheets attached to                    Subtotal >     $40,827.21
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                 Total >
                                        (Use only on last page of the completed Schedule F.)
                                        (Report also on Summary of Schedules and, if applicable, on the
                                        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Travis Cole McWilliams                                    Case No.   10-35040
                                                                              (if known)

*AMENDED 9/30/2010*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  x1926 <br> Sioux City Tarp, Inc. <br> P.O. Box 2759 <br> Sioux City, IA 51106 | | | DATE INCURRED: <br> CONSIDERATION: <br> **Business debt** <br> REMARKS: | | | | $2,891.00 |
| Representing: <br> Sioux City Tarp, Inc. | | | F.E. Bilings <br> 2777 Allen Pkwy Ste 460 <br> Houston, TX  77019 | | | | Notice Only |
| ACCT #: <br> SMC Corporation <br> 9101 Wallstreet, Ste 1030 <br> Austin, TX 78754 | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Business debt** <br> REMARKS: | | | | Unknown |
| ACCT #:  xAGLE <br> Sowesco <br> 9384 Wallisville Rd. <br> Houston, TX 77013 | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Business debt** <br> REMARKS: | | | | $11,040.00 |
| ACCT #: <br> Spartec Plastics <br> 688 Collections Center <br> Chicago, IL  60693 | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Business debt** <br> REMARKS: | | | | $55,878.75 |
| Representing: <br> Spartec Plastics | | | Barry Serota & Assoc. <br> PO Gox 1008 <br> Arlington Heights, IL  60006 | | | | Notice Only |

Sheet no.   16   of 21   continuation sheets attached to              Subtotal >          $69,809.75
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                     Total >
                                          (Use only on last page of the completed Schedule F.)
                                          (Report also on Summary of Schedules and, if applicable, on the
                                          Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Travis Cole McWilliams                                          Case No.    10-35040
                                                                                    (if known)

AMENDED 9/30/2010
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>Spurr Industries<br>17404 E. Euclid Ave.<br>Spokane, WA 99216 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | Unknown |
| ACCT #:  xxxxxxx4200<br>**Stanley Convergent Security Solutions**<br>Dept Ch 10651<br>Palatine, IL 60055 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $1,097.58 |
| ACCT no.  xxx-xxxxxx8-001<br>**Stearns Bank, N.A.**<br>**Equipment Finance Division**<br>P.O. Box 750<br>Albany, MN 56307 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $13,880.31 |
| ACCT #:  6874<br>**Stephens Pneumatics, Inc.I**<br>147 County Road 4840<br>Haslet, TX 76052-9415 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $445.58 |
| ACCT #:  x1200<br>**Strouhal Tire Hungerford**<br>P.O. Box 671579<br>Dallas, TX 75267-1579 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $150,523.59 |
| **Representing:**<br>**Strouhal Tire Hungerford** | | | Jonathan Saikin<br>11 Greenway Plaza, Suite 1400<br>Houston, TX  77046 | | | | Notice Only |

Sheet no. __17__ of __21__ continuation sheets attached to                       Subtotal >        $165,947.06
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Travis Cole McWilliams                                Case No.   10-35040
                                                                        (if known)

*AMENDED 9/30/2010*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Sun Coast**<br>PO Box 972321<br>Dallas, TX  75397 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $864.21 |
| Representing:<br>**Sun Coast** | | | Ahlon Lewis<br>5858 Westheimer, Ste 500<br>Houston, TX  77057 | | | | Notice Only |
| ACCT #:   xxxxxx8891<br>**SunSource**<br>2301 Windsor Ct.<br>Addison, IL 60101 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $591.44 |
| ACCT #:   xx5958<br>**Texbrite**<br>5005 Washintgon Ave.<br>Houston, TX 77007 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $3,580.00 |
| ACCT #:<br>**Titles by Me**<br>722 McCarty<br>Houston, TX 77029 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | Unknown |
| ACCT #:<br>**Tower Extrusions**<br>1003 Hwy. 79 South<br>Olney, TX 76374 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $6,000.00 |

Sheet no.   18   of 21   continuation sheets attached to             Subtotal >          $11,035.65
Schedule of Creditors Holding Unsecured Nonpriority Claims
                                                                     Total >
                                                 (Use only on last page of the completed Schedule F.)
                                                 (Report also on Summary of Schedules and, if applicable, on the
                                                 Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Travis Cole McWilliams

Case No.   10-35040
(if known)

AMENDED 9/30/2010
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  x3175<br>Triple-S Steel Supply Co.<br>P.O. 21119<br>Houston, TX 77226-1119 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $2,382.57 |
| ACCT #:  5996<br>Truckhugger Tarp Systems<br>3198 Nome St.<br>Aurora, CO 80010 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $1,236.50 |
| ACCT #:  xxxxxxxxF278<br>UPS<br>P.O. Box 650580<br>Dallas, TX 75265-0580 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $100.10 |
| ACCT #:<br>Value Vinyls, Inc.<br>2604 Long Prairie Rd., Ste 100<br>Flower Mound, TX 75022 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $3,791.40 |
| ACCT #:<br>Velvac<br>2405 South Calhoun Rd.<br>New Berlin, WI 53151 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $1,339.58 |
| ACCT #:  x7099<br>Velvac<br>2405 S. Calhoun Rd.<br>New Berlin, WI 53151-2709 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $119.46 |

Sheet no.   19   of 21   continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $8,969.61

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re   Travis Cole McWilliams                                        Case No.   10-35040
                                                                              (if known)

*AMENDED 9/30/2010*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  x4362<br>W.T. Porter Co.<br>P.O. Box 715<br>South Houston, TX 77587-0715 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $3,185.00 |
| ACCT #:  xxxxxx-xxx-xx6-000<br>Waller Co. Tax Office<br>Ellen Contreras Shelburne<br>730 9th St.<br>Hempstead, TX 77445-4534 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $6,925.91 |
| ACCT #:<br>Waller ISD Tax Off. & the City of Waller<br>Mr. L. M. Marcus, Tax Collector<br>1918 Key St.<br>Waller, TX 77484 | | - | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $3,810.05 |
| ACCT #:  xxxx xxx #xxxxxxxxxxxx3709<br>Washington Mutual Bank<br>c/o ER Solutions, Inc.<br>P.O. Box 9004<br>Renton, WA 98057 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $3,637.50 |
| Representing:<br>Washington Mutual Bank | | | ER Solutions, Inc.<br>P.O. Box 9004<br>Renton, WA 98057 | | | | Notice Only |
| ACCT #:  xxxxxxxx69-58<br>Wells Fargo<br>BLD Loan Accounting - TX #91848<br>MAC T5601-012<br>P.O. Box 659700<br>San Antonio, TX 78286-0700 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $36,000.00 |

Sheet no.   20   of 21   continuation sheets attached to                    Subtotal >          $53,558.46
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Travis Cole McWilliams                          Case No.   10-35040
                                                                  (if known)

*AMENDED 9/30/2010*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx9748<br>Wells Fargo<br>BLD Loan Accounting<br>P.O. Box 659700<br>San Antonio, TX 78265-9700 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $10,054.16 |
| ACCT #:<br>Wells Fargo Bank N.A.<br>Wells Fargo Financial Leasing<br>c/o Mark W. Stout<br>777 Main Street, Ste. 1920<br>Fort Worth, TX 76102 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $23,008.27 |
| ACCT #:  xxxx-xxxx-xxxx-5655<br>Wells Fargo Business Banking BOS<br>P.O. Box 348750<br>Sacramento, CA 95834 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $48,000.00 |
| ACCT #:  xxx-xx5997<br>YRC (RDWY)<br>P.O. Box 471<br>Akron, OH 44309-0471 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $148.44 |
| | | | | | | | |
| | | | | | | | |

Sheet no.   21   of 21   continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal > | $81,210.87 |
|---|---|---|
|  | Total > | $2,138,955.89 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re  Travis Cole McWilliams

Case No.   10-35040

Chapter   7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $377,131.00 | | |
| B - Personal Property | No | 8 | $27,972.01 | | |
| C - Property Claimed as Exempt | No | 6 | | | |
| D - Creditors Holding Secured Claims | No | 1 | | $290,774.49 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 22 | | $2,138,955.89 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 1 | | | $0.00 |
| J - Current Expenditures of Individual Debtor(s) | No | 2 | | | $8,789.73 |
| TOTAL | | 44 | $405,103.01 | $2,429,730.38 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

In re  Travis Cole McWilliams

Case No.    **10-35040**

Chapter    **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4.  Total from Schedule F | | |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re   Travis Cole McWilliams                                    Case No.   10-35040
                                                                            (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 24 _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   9-30-10 _____          Signature _____
                                                              Travis Cole McWilliams

Date _____          Signature _____

                                            [If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

## PROOF OF SERVICE

I hereby certify that a true and correct copy of the foregoing amended schedule F was served on N. Kay Bridger-Riley, 3515 East 74th Street, Tulsa, OK 74136 on the 30th day of September, 2010 along with a copy of the *Notice of Assets, Notice To Creditors and Other Parties in Interest of the Need to File Claims* [Docket No. 12] via first class mail, postage prepaid.

                      /s/   Barbara M. Rogers
                      Barbara M. Rogers