

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/20/2014

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 10-35040 |
| TRAVIS COLE MCWILLIAMS | § | CHAPTER 7 |
| | § | |
| Debtor(s). | § | DAVID R. JONES |

### ORDER TO PAY UNCLAIMED FUNDS
(Docket No. 34)

The Clerk is directed to disburse the sum of $1,352.19 to the following creditor:

Spartech Plastics/Polyone Corporation
Attn: Daniel O'Bryon, Vice President
33587 Walker Road
Avon Lake, Ohio 44012-1145

**SIGNED: February 19, 2014.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE